# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| World Fuel Services Corporation, World Fuel Serivces, Inc., World Fuel Services Canada, Inc., Wester Petroleum Company, Dakota Petroleum Transport Solutions, LLC, Petroleum Transport Solutions, LLC, DPTS Marketing, LLC, Dakota Plains Marketing, LLC, and Dakota Plains Transloading, LLC, | ) ) ) ) ) ) ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Alterra Excess & Surplus Insurance Company n/k/a Markel Corporation, | ) ) ) | Case No. 4:14-cv-054 |
| Defendant. | ) | |

Before the court are motions for attorneys Benjamin Wiseman, Anna Engh, and Jonathan Cloar to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Benjamin Wiseman, Anna Engh, and Jonathan Cloar have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 26-28) are **GRANTED**. Attorneys Benjamin Wiseman, Anna Engh, and Jonathan Cloar are admitted to practice before this court in the above-entitled action on plaintiffs' behalf.

   **IT IS SO ORDERED.**

   Dated this 29th day of January, 2015.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge