# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| World Fuel Services Corporation, World Fuel Services, Inc., World Fuel Services Canada, Inc., Western Petroleum Company, Dakota Petroleum Transport Solutions, LLC, Petroleum Transport Solutions, LLC, DPTS Marketing, LLC, and Dakota Plains Transloading, LLC, | ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Alterra Excess & Surplus Insurance Company n/k/a Markel Corporation, | ) ) ) | Case No. 4:14-cv-054 |
| Defendant. | ) | |

The court convened a scheduling conference in the above-entitled action on February 18, 2015. Pursuant to its discussion with the parties, the court **ORDERS** that Rule 26 disclosures and other discovery shall be stayed pending a decision on plaintiff's "Motion to Defer Discovery." Once the court has ruled on the motion, it shall contact the parties to schedule another conference call.

Dated this 19th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court