# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| World Fuel Services Corporation; World Fuel Services, Inc.,; World Fuel Services Canada, Inc.; Western Petroleum Company; Dakota Petroleum Transport Solutions, LLC; DPTS Marketing, LLC; Dakota Plains Marketing, LLC; and Dakota Plans Transloading, LLC; | ) ) ) ) ) ) ) ) | **ORDER CONTINUING STAY** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Alterra Excess & Surplus Insurance Company k/n/a Markel Corporation, | ) ) ) ) | Case No. 4:14-cv-054 |
| Defendant. | ) | |

On April 22, 2015, the court entered an order staying all discovery pending further order of the court. On June 26, 2015, the court held a status with the parties by telephone to discuss the status of the underlying action and whether the stay should be lifted or continued. During the conference the parties advised that settlement discussions with the railroad's bankruptcy estate had proven fruitful and that a settlement agreement had been reached contingent upon the final approval of the bankruptcy plan. Consequently, they requested that the court continue the stay. Accordingly, the court **ORDERS** that the discover shall remain stayed pending further order of the court. The parties shall file a status report by December 1, 2015, updating the court on the status of the bankruptcy plan. In the interim, any party may file a motion to lift the stay.

Dated this 26th day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court