**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| World Fuel Services Corporation; World Fuel Services, Inc.; World Fuel Services Canada, Inc.; Western Petroleum Company; Dakota Petroleum Transport Solutions, LLC; Petroleum Transport Solutions, LLC; DPTS Marketing, LLC; Dakota Plains Marketing, LLC; and Dakota Plains Transloading, LLC;<br><br>       Plaintiffs,<br><br>   vs.<br><br>Alterra Excess & Surplus Insurance Company n/k/a Markel Corporation,<br><br>       Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 4:14-cv-54 |

Before the Court is a "Stipulation to Dismiss with Prejudice" filed on December 1, 2015. See Docket No. 44. The Court **ADOPTS** the stipulation in its entirety (Docket No. 44) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2015.

                                        */s/ Daniel L. Hovland*
                                        Daniel L. Hovland, District Judge
                                        United States District Court